**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALVIN HILL,**

                     **Plaintiff,**

**-vs-**                                        **Case No. 6:05-cv-1597-Orl-18KRS**

**CHEQUERED FLAG AUTO SALES, INC.,**

                     **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR CLERK'S DEFAULT (Doc. No. 12)**
>
> **FILED:**      **December 12, 2005**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff Alvin Hill moves for the entry of default against Defendant Chequered Flag Auto Sales, Inc. Doc. No. 12. The Complaint was served on Chequered Flag on November 1, 2005, and the Answer was therefore due on November 21, 2005. Doc. No. 12, exh. A. Contrary to Plaintiff's representations in the motion, an Answer was filed on November 30, 2005. Doc. No. 8.

While the Defendant's Answer was untimely, Federal Rule of Civil Procedure 55(a) provides that default may be entered only when "a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend . . . ." Because an Answer was filed before the present

motion, the entry of default is inappropriate.  *See, e.g.*, 46 Am. Jur. 2d § 286.

       **DONE** and **ORDERED** in Orlando, Florida on December 16, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties