**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALVIN HILL,**

                    **Plaintiff,**

**-vs-**                                                      **Case No.  6:05-cv-1597-Orl-18KRS**

**CHEQUERED FLAG AUTO SALES, INC.,**

                    **Defendant.**

_____

## ORDER

        The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Attorneys' Fees and Costs (Doc. 33) to which Defendant Chequered Flag Auto Sales, Inc. has responded (Doc. 34).   The Court having reviewed the report and recommendation of the magistrate judge, it is hereby

        **ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.

        It is **SO ORDERED** in Orlando, Florida, this 6th day of March, 2007.

                                                        _____
                                                        G. KENDALL SHARP
                                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
United States Magistrate Judge